**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ACORDA THERAPEUTICS, INC., *et al.,*<br><br>    Debtors. | Chapter 11<br>Case No. 24-22284 (DSJ)<br>(Jointly Administered) |
| ALEXANDRE ZYNGIER, Liquidation<br>Trustee of the Acorda Therapeutics<br>Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>CFGI HOLDINGS, LLC,<br><br>    Defendant. | Adv. No. 26-07011 (DSJ) |

## <u>CORPORATE OWNERSHIP STATEMENT OF DEFENDANT CFGI HOLDINGS, LLC PURSUANT TO FED. R. BANKR. P. 7007.1 AND LOCAL BANKR. R. 7007.1-1</u>

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7007.1-1 of the United States Bankruptcy Court for the Southern District of New York, Defendant CFGI Holdings, LLC ("CFGI"), by and through its undersigned counsel, hereby states as follows:

1. CFGI Holdings, LLC, is a Delaware limited liability company. CFGI Holdings, LLC is directly and wholly owned by CFGI Eagle Parent, LLC, which is privately held. There is no publicly held company owning 10% or more of CFGI Holdings, LLC's or CFGI Eagle Parent, LLC's membership interests.

CFGI will promptly file a supplemental statement upon any change in the information set forth above.

Dated: June 4, 2026
New York, New York

Respectfully Submitted,

CFGI HOLDINGS, LLC,

By its counsel,

/s/ *Jaclyn A. Hall*
Jaclyn A. Hall
Nelson Mullins Riley & Scarborough LLP
330 Madison Avenue, 27th Floor
New York, NY 10017
Telephone: (212) 413-9000
jaclyn.hall@nelsonmullins.com